1

2

3

4

5            UNITED STATES DISTRICT COURT

6            EASTERN DISTRICT OF WASHINGTON

7   MARK MARLOW and NANCY
    MARLOW, husband and wife,              NO:  2:15-CV-0131-TOR
8
                        Plaintiffs,        ORDER OF VOLUNTARY
9                                          DISMISSAL WITHOUT PREJUDICE;
            v.                             SCHEDULING ORDER
10
11  JOHN HOTCHKISS, in his individual
    capacity; STEVEN M. CLEM, in his
12  individual capacity; ANDREW L.
    KOTTKAMP, in his individual
13  capacity; KAREN M. URELIUS, in
    her individual capacity; GLEN A. DE
14  VREIS, in his individual capacity;
    JERRY J. GREGORY, in his
15  individual capacity; RAMON PEREZ,
    in his individual capacity; ANTHONY
16  O. WRIGHT, in his individual
    capacity; ERIC PENTICO, in his
17  individual capacity; GARY GRAFF, in
    his individual capacity; BRUCE A.
18  ESTOK, in his individual capacity; F.
    DALE BAMBRICK, in his individual
19  capacity; MARK D. KULASS, in his
    individual capacity; DALE L.
20  SNYDER, in his individual capacity;
    KEN STANTON, in his individual
    capacity; STEVEN JENKINS, in his

    ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE;
    SCHEDULING ORDER ~ 1

1    individual capacity; and DOES 1
     through 10, inclusively in their
2    individual capacity.

3                        Defendants.

4                    ---AND---              No. 2:15-CV-0188-TOR
             v.
5
     DALE L. SNYDER, Douglas County
6    Commissioner; KEN STANTON,
     Douglas County Commissioner;
7    STEVEN JENKINS, Douglas County
     Commissioner; MARK D. KULAAS,
8    Director Land Management Services
     Douglas County; STEVEN M. CLEM,
9    Attorney for Douglas County; and
     DOUGLAS COUNTY, a Political
10   subdivision of the State of Washington,

11

12                      Defendants.

            I.    Order of Voluntary Dismissal Without Prejudice
13
            Before the Court is Plaintiffs' Motion to Dismiss Former Grant County Case
14
     No. 2:15-CV-0188-TOR (ECF No. 32).  This matter was submitted without oral
15
     argument.  The Court has reviewed the record and files herein, and is fully informed.
16
     Because Defendants have neither filed an answer nor moved for summary judgment,
17
     Plaintiffs have an absolute right to voluntarily dismiss this case.  *See* Fed. R. Civ. P.
18
     41(a)(1)(A)(i).
19

20

     ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE;
     SCHEDULING ORDER ~ 2

1

II.    Scheduling Order

2        A telephonic scheduling conference was held in the above-entitled matter on

3    October 20, 2015.  Plaintiffs Mark and Nancy Marlow appeared *pro se* on their own

4    behalf.  Vanessa R. Waldref, Carl P. Warring, and Mark Louvier appeared on behalf

5    of Defendants.    The Court reviewed Defendants' Joint Status Certificate and

6    Discovery Plan (ECF No. 34) and Plaintiffs' Status Report (ECF No. 36), and heard

7    from counsel and is fully informed.

8    **IT IS HEREBY ORDERED:**

9        1. Defendants' motions to dismiss shall be filed on or before **November 3,**

10        **2015**.  Plaintiffs shall file a response by **December 3, 2015**.  Defendants

11        may file a reply **by December 17, 2015**.  Plaintiffs may file a sur-

12        response by **January 4, 2016**.

13        2. No formal discovery may be effectuated until further order of the Court.

14        3. Plaintiffs' Motion to Dismiss Former Grant County Case (ECF No. 32) is

15        **GRANTED**.

16        4. The action *Marlow v. Snyder et al.*, 2:15-CV-0188-TOR is **dismissed**

17        **without prejudice**.

18        5. Defendant Douglas County is dismissed and the Clerk of Court shall

19        terminate it from the caption of this case.

20

6. Defendants Dale L. Snyder, Ken Stanton, Steven Jenkins, Mark D. Kulaas, and Steven M. Clem are dismissed as defendants in their official capacities in case No. 2:15-CV-0188-TOR.  These defendants remain as defendants in their individual capacities in case No. 2:15-CV-0131-TOR.  The caption shall be adjusted accordingly.

The District Court Executive is hereby directed to enter this Order and provide copies to counsel.

**DATED** October 21, 2015.



THOMAS O. RICE
United States District Judge

ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE;
SCHEDULING ORDER ~ 4