# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

MARK MARLOW and NANCY MARLOW, husband and wife, )
    *Plaintiff* )
v. ) Civil Action No. 2:15-CV-0131-TOR
)
JOHN HOTCHKISS, in his individual capacity, et al., )
    *Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment is entered in favor of Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE on motions to dismiss. (ECF Nos. 40, 44, 45)

Date: January 14, 2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
    *(By) Deputy Clerk*

Linda L. Hansen